## DECLARATION OF MICHELLE JACKSON

I, Michelle Jackson, in accordance with 28 U.S.C. § 1746, state the following:

1. I am the City of Lynchburg's Director of Human Resources. I was Interim Director during a portion of the time period covered by Mary Shumate's Charge of Discrimination.

2. My Department of Human Resources received from the EEOC the Charge of Discrimination attached hereto as **Exhibit 1**, filed by Mary Shumate.

3. At the time she filed the Charge (May 26, 2022), Ms. Shumate was still an employee of the City of Lynchburg.

4. In his February 22, 2022 decision demoting Ms. Shumate because of her offensive comments about a gay firefighter, Fire Chief Wormser informed her of her rights under the City's Grievance Procedure to appeal his decision through the several potential steps of that procedure. The City Grievance Procedure is attached as **Exhibit 2**. Ms. Shumate sent me an email on March 22, 2022 (**Exhibit 3**) declining the opportunity to appeal the Chief's decision through the Grievance Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___28___ day of June, 2023.

_____
Michelle Jackson