# Jackson, Michelle

| | |
|---|---|
| **From:** | Jackson, Michelle |
| **Sent:** | Thursday, March 24, 2022 11:50 AM |
| **To:** | Mary Shumate |
| **Cc:** | Lee, Ryan |
| **Subject:** | RE: Notice of complaint |

Mary,

Thank you for your email. We will look into this matter and someone will be in contact with you.

**Michelle G. Jackson, SPHR**
*Director of Human Resources*
City of Lynchburg, VA
**P** 434.455.4202 | **F** 434.845.4304
www.lynchburgva.gov/jobs



**From:** Mary Shumate <m.shumate16@gmail.com>
**Sent:** Tuesday, March 22, 2022 8:12 PM
**To:** Lee, Ryan <ryan.lee@lynchburgva.gov>
**Cc:** Jackson, Michelle <michelle.jackson@lynchburgva.gov>
**Subject:** Notice of complaint

CAUTION: External Sender

Captain Lee,

Earlier this year I received a demotion after an investigation of a complaint of misconduct. I do not want to move a grievance forward, but I feel it is important to keep a record that is accurate about this. I do not believe that the situation was fairly investigated and I believe that if I had been a male officer, I never would have been written up or demoted. I feel it is important to share this.

Mary Shumate


Sent from my iPhone

EXHIBIT
3