

U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

June 23, 2023

Ms. Mary L. Shumate
c/o Thomas E. Strelka, Esquire
Strelka Law
Warehouse Row
119 Norfolk Ave., SW, Ste. 330
Roanoke, VA  24011

Re:  EEOC Charge Against City of Lynchburg, Lynchburg Fire Dept., et al.
       No. 438202201532

Dear Ms. Shumate:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Richmond District Office, Richmond, VA.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                         Sincerely,

                                         Kristen Clarke
                                         Assistant Attorney General
                                         Civil Rights Division

                               by       /s/ Karen L. Ferguson
                                         Karen L. Ferguson
                                         Supervisory Civil Rights Analyst
                                         Employment Litigation Section

cc: Richmond District Office, EEOC
   City of Lynchburg, Lynchburg Fire Dept., et al.